UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:07MJ89-CH |
| ) | |
| vs. ) | **ORDER OF DISMISSAL** |
| ) | |
| CHARLES MACK, JR. ) | |
| ) | |

Leave of Court is hereby granted for the dismissal without prejudice of the Criminal Complaint.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

SO ORDERED this the 7th day of March, 2008.

_____
CARL HORN, III
UNITED STATES MAGISTRATE JUDGE